**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Marc D. Powers
mpowers@bakerlaw.com
Matthew R. Goldman
mgoldman@bakerlaw.com

*Counsel for Plaintiffs Extended Stay*
*Litigation Trust, and Hobart Truesdell and*
*Walker, Truesdell, Roth & Associates, as*
*Trustees of the Extended Stay Litigation Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| EXTENDED STAY, INC., *et al.,* | Case No. 09-13764 (JMP) |
| Debtors. | (Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust, | Adv. Pro. No. 11-02255 (JMP) |
| HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and | |
| THE EXTENDED STAY LITIGATION TRUST, | |
| Plaintiffs, | |
| v. | |
| THE BLACKSTONE GROUP, L.P., BLACKSTONE HOLDINGS I L.P., BLACKSTONE HOLDINGS II L.P., BLACKSTONE HOLDINGS III L.P., BLACKSTONE HOLDINGS IV L.P., BLACKSTONE HOLDINGS V L.P., BLACKSTONE HOLDINGS I/II GP INC., | |

103855095

| |
|---|
| BLACKSTONE HOLDINGS III GP L.L.C., BLACKSTONE HOLDINGS IV GP L.L.C., BLACKSTONE HOLDINGS V GP L.P., BLACKSTONE REAL ESTATE PARTNERS IV L.P., BLACKSTONE CAPITAL PARTNERS IV L.P., BHAC IV, LLC, BRE/HV HOLDINGS, LLC, BLACKSTONE HOSPITALITY ACQUISITIONS, LLC, PRIME HOSPITALITY, LLC, DL-DW HOLDINGS, LLC, CITIGROUP GLOBAL MARKETS, INC., BANK OF AMERICA, N.A., and DOES 1 through 100, inclusive,<br><br>                  Defendants. |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

I, **Theresa A. Blaber**, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On the 24th day of June, 2011, I caused a true and accurate copy of the:

- **"Complaint", along with the relevant exhibits (Docket No. 1); and the**

- **"Summons and Notice of the Pre-Trial Conference in an Adversary Proceeding" (Docket No. 2),**

*[Remainder of Page Intentionally Left Blank]*

103855095

to be served upon the parties listed on Schedule A, attached hereto, by placing true and correct copies thereof in sealed packages designated for delivery via First Class US Mail and/or US Certified Mail.

**TO:**   *See Attached Schedule A*

*/s/Theresa A. Blaber*
Theresa A. Blaber

Sworn to before me this
29th day of June, 2011

*/s/Ramon C. Cabrera, Jr.*
Notary Public

Ramon C. Cabrera, Jr.
Notary Public, State of New York
No. 01CA6155386
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Nov. 13, 2014

103855095

# SCHEDULE A

**VIA U.S. Certified Mail**
Bank of America, N.A.
Jeffrey B. Hoyle-Managing Director
214 North Tryon Street
Charlotte, North Carolina 28225

**VIA U.S. Certified Mail**
Bank of America
c/o CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, North Carolina 27601

**VIA U.S. First Class Mail**
Citigroup Global Markets Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

**VIA U.S. First Class Mail**
DL-DW Holdings LLC
c/o VCORP Services, LLC
1811 Silverside Road
Wilmington, Delaware 19810

103855095